RECEIVED
APR 27 2011
TONY R. MOORE, CLERK
BY_____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE, ET AL | CIVIL ACTION NO. 10-1139 |
| versus | JUDGE WALTER |
| CATERPILLAR, INC. | MAGISTRATE JUDGE HORNSBY |

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above civil action has been settled,

IT IS ORDERED that the above captioned matter is hereby DISMISSED, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

IT IS FURTHER ORDERED that the parties submit to the Court, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties. Any motion that may be pending in this case is hereby denied as moot.

THUS DONE and SIGNED at Shreveport, Louisiana, this 27TH day of April, 2011.

/s/ Donald E. Walter
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE