UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ST. PAUL FIRE AND MARINE,
As Subrogee of FLUID DISPOSAL
SPECIALTIES, INC.

CIVIL ACTION NO. 5:10-CV-01139

JUDGE: WALTER

VERSUS

MAGISTRATE JUDGE: HORNSBY

CATERPILLAR, INC.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, St. Paul Fire and Marine Insurance Company a/s/o Fluid Disposal Specialties, Inc., and Defendant, Caterpillar Inc. who pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that the above action be and it is voluntarily dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted:

MATTHEW A. EHRLICHER, T.A. (22352)
SEAN M. CASEY (23447)
MARICLE & ASSOCIATES
# 1 Sanctuary Boulevard, Suite 202
Mandeville, Louisiana 70471
Telephone: (985) 727-3411
*Attorney for Plaintiff, St. Paul Fire and Marine Insurance Company a/s/o Fluid Disposal Specialties, Inc.*

C.G. NORWOOD, JR. (10085)
PATRICK J. O'CAIN (20993)
DEIRDRE C. McGLINCHEY, T.A. (24167)
McGLINCHEY STAFFORD
1811 Tower Dr., Suite A
Monroe, LA 71201
Telephone: (318) 651-0807
*Attorney for Defendant, Caterpillar, Inc.*